[No. 67936-8-I. Division One. April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH RICHARD CRAIG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-03018-7, Douglass A. North, J., entered October 14, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 67958-9-I. Division One. April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM SCOTT GOBAT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00168-1, Ronald L. Castleberry, J., entered November 15, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Verellen, JJ.

[No. 67969-4-I. Division One. April 29, 2013.]

THE COMMERCE BANK OF WASHINGTON, NA, *Respondent*, v. STEPHEN GANDARA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-18143-0, Michael Heavey, J., entered October 28, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Dwyer and Lau, JJ.

[No. 68042-1-I. Division One. April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BENNETT REEDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07258-5, Theresa B. Doyle, J., entered November 7, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Dwyer, J.